Case 4:24-cr-00182   Document 1   Filed on 04/09/24 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

*April 09, 2024*

Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> QUINCY LAMON MOORE, § <br>     Defendant § | CRIMINAL NO. **4:24-cr-00182** <br> UNDER SEAL |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### Felon In Possession of a Firearm

On or about June 24, 2023, in the Houston Division of the Southern District of Texas, the Defendant,

**QUNICY LAMON MOORE**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a 9mm Luger Glock, model P80 semiautomatic pistol, and the firearm has been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

    9mm Luger Glock model P80 semiautomatic pistol

    9mm Glock magazine with ammunition

A TRUE BILL:

Original Signature on File
_____
**FOREPERSON OF THE GRAND JURY**

**ALAMDAR S. HAMDANI**
**UNITED STATES ATTORNEY**

BY: _____
   **Anh-Khoa T. Tran**
   **Assistant United States Attorney**

2